| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**           **Caraway Tea Company, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)        **27-2472070**

**4. Debtor's address**

**Principal place of business**

**271 Upper North Road**
**Highland, NY 12528-2615**
Number, Street, City, State & ZIP Code

**Ulster**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    **https://carawaytea.com/**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Caraway Tea Company, LLC**　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__3119__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

　District _____　When _____　Case number _____
　District _____　When _____　Case number _____

Debtor **Caraway Tea Company, LLC**  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Caraway Tea Company, LLC**                                                          Case number (*if known*)
        Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Caraway Tea Company, LLC** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 9, 2025**
MM / DD / YYYY

**X /s/ Gina Caraway**                                     **Gina Caraway**
Signature of authorized representative of debtor             Printed name

Title **CEO**

**18. Signature of attorney**

**X /s/ Michael D. Pinsky, Esq.**                            Date **June 9, 2025**
Signature of attorney for debtor                             MM / DD / YYYY

**Michael D. Pinsky, Esq.**
Printed name

**Law Office of Michael D. Pinsky, P.C.**
Firm name

**463 Canopy Forest Drive**
**Saint Augustine, FL 32092**
Number, Street, City, State & ZIP Code

Contact phone **845-245-6001**       Email address **michael.d.pinsky@gmail.com**

Bar number and State

**United States Bankruptcy Court**
**Southern District of New York**

In re  **Caraway Tea Company, LLC**

Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 9, 2025**

**/s/ Gina Caraway**
**Gina Caraway**/**CEO**
Signer/Title

```
ABC TESTING INC.
1169 WARNER AVE
ATTN OFFICER
TUSTIN, CA 92780


ALLIANT GROUP
3009 POST OAK BLVD STE 2000
ATTN OFFICER
HOUSTON, TX 77056


BIG SKY REALTY LLC
7 LAKEVIEW DR
ATTN OFICER
LAKE GEORGE, NY 12845


CENTRAL HUDSON GAS & ELEC
284 SOUTH AVENUE
ATTN OFFICER
POUGHKEEPSIE, NY 12601-4839


CERTIFIED LABORATORIES
65 MARCUS DRIVE
ATTN OFFICER
MELVILLE, NY 11747


DESCARTES SYSTEMS USA LLC
2030 POWERS FERRY RD SE STE 35
ATTN OFFICER
ATLANTA, GA 30339


DRAKE LOEB PLLC
555 HUDSON VALLEY AVE STE 100
ATTN OFFICER
NEW WINDSOR, NY 12553


EPAC LEGEND PACKAGING
1155 CAMINO STE 737
ATTN OFFICER
DEL MAR, CA 92014


FEDEX FREIGHT 6705
PO BOX 223125
ATTN OFFICER
PITTSBURGH, PA 15251-2125
```

```
FEDEX GROUND 5693-6
PO BOX 371461
ATTN OFFICER
PITTSBURGH, PA 15250-7461


FIRST ELECTRONIC BANK/FUNDBOX
2150 S 1300 E #400
ATTN OFFICER
SALT LAKE CITY, UT 84106


FIRST-CITIZENS BANK & TRUST
155 COMMERCE WAY
ATTN OFFICER
PORTSMOUTH, NH 03801


INTEGRATED SCALES SYSTEMS
20-B KULICK RD
ATTN OFFICER
FAIRFIELD, NJ 07004


KAPITUS LLC
2500 WILSON BLVD STE 350
ATTN OFFICER
ARLINGTON, VA 22201


KURTSAN FOOD - ATTN OFFICER
SAN VE TIC LTD STI
IZMIR YOLU 23 KM NILUFER
BURSA, TR


LITHOTYPE CO INC
333 POINT SAINT BRUNO AVE
ATTN OFFICER
SOUTH SAN FRANCISCO, CA 94080


M&T BANK/SBA
ONE M&T PLAZA
ATTN OFFICER
BUFFALO, NY 14203-2399


MVP HEALTHCARE INC
GPO BOX 26864
ATTN OFFICER
NEW YORK, NY 10087-6864
```

```
NASA CORPORATION
78-4 KANDA-SAKUMAGASHI
ATTN OFFICER
CHIYODA-KU, JP


OKHI CO LTD
6-6 MINAMIKYUHOJI-MACHI
3 CHOME - ATTN OFFICER
CHUOKU OSAKA, JP


PEACHEY DAVIES & MYERS
PO BOX 417-430
ATTN MARK SANDRI ESQ
HOOD RIVER, OR 97031


PENN HERB CO
10601 DECATUR RD
ATTN OFFICER
PHILADELPHIA, PA 19154


PRATT QUALITY CARTON
617 LITTLE BRITAIN RD
ATTN OFFICER
NEW WINDSOR, NY 12553


RAJANI MD SKINCARE LLC
1767 12TH ST STE 222
ATTN OFFICER
HOOD RIVER, OR 97031


RBT CPAS INC
PO BOX 10009
ATTN OFFICER
NEWBURGH, NY 12552-0009


SHIMODOZONO CO LTD
5-18 OROSHI-HONMACHI
ATTN OFFICER
KAGOSHIMA, JP


SMALL BUSINESS FIN SOL/RAPID
4500 EAST-WEST HWY 6TH FL
ATTN OFFICER
BETHESDA, MD 20814
```

```
STARWEST BOTANICALS INC
161 MAIN AVE
ATTN OFFICER
SACRAMENTO, CA 95838


TD BANK, N.A./SBA
1701 RTE 70
ATTN OFFICER
CHERRY HILL, NJ 08034


UNITED NILGIRI TEA ESTATES CO
3 SAVITHIRI SHANMUGHAM RD
ATTN OFFICER
TAMIL NADU STATE INDIA


US ATTORNEY SDNY
ATTN TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET
NEW YORK, NY 10007


US SMALL BUSINESS ADMIN
409 3RD STREET SW
ATTN: OFFICER
WASHINGTON, DC 20416


WALLKILL VALLEY FSL
23 WALLKILL AVENUE
ATTN OFFICER
WALLKILL, NY 12589


WORLDWIDE EXPRESS
PO BOX 21272
ATTN OFFICER
NEW YORK, NY 10087


ZENGER GROUP
777E PARK DR
ATTN OFFICER
TONAWANDA, NY 14150-6708
```

# United States Bankruptcy Court
## Southern District of New York

In re  **Caraway Tea Company, LLC**                           Case No.
Debtor(s)                                                    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Caraway Tea Company, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June  9, 2025** | **/s/ Michael D. Pinsky, Esq.** |
| Date | **Michael D. Pinsky, Esq.** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Caraway Tea Company, LLC** |
| | **Law Office of Michael D. Pinsky, P.C.** |
| | **463 Canopy Forest Drive** |
| | **Saint Augustine, FL 32092** |
| | **845-245-6001  Fax:845-684-0547** |
| | **michael.d.pinsky@gmail.com** |

**United States Bankruptcy Court**
**Southern District of New York**

In re  **Caraway Tea Company, LLC**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Gina Caraway**, declare under penalty of perjury that I am the **CEO** of **Caraway Tea Company, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said company at a special meeting duly called and held on the 9th day of June, 2025.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Gina Caraway**, **CEO** of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Michael Caraway, COO** of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael Caraway, COO** of this company is authorized and directed to employ **Michael D. Pinsky, Esq.**, attorney and the law firm of **Law Office of Michael D. Pinsky, P.C.** to represent the company in such bankruptcy case."

Date  June 9, 2025

Signed  /s/ Gina Caraway

Resolution of Board of Directors
of
**Caraway Tea Company, LLC**

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Gina Caraway**, **CEO** of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael Caraway, COO** of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael Caraway, COO** of this company, is authorized and directed to employ **Michael D. Pinsky, Esq.**, attorney and the law firm of **Law Office of Michael D. Pinsky, P.C.** to represent the company in such bankruptcy case.

Date  June 9, 2025                    Signed  **/s/ Gina Caraway, Director**

Date  June 9, 2025                    Signed  **/s/ Michael Caraway, Director**